UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDWARD BEALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:18-CV-0194-G (BN) |
| A2Z LIMOUSINE TRANS, AND ) | |
| JIMMY CHARDY, ) | |
| ) | |
| Defendants. ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. An objection was filed by the plaintiff. The district court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court, therefore, **GRANTS** plaintiff Edward Beall's motion for a jury trial (docket entries 31 and 37) and motion to join an additional party (docket entry 40) but **DENIES** plaintiff's motion for leave to amend (docket entry 51).

**SO ORDERED**.

November 16, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**